1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8
9
10
11
12
13
14

BOARD OF TRUSTEES OF THE
INLAND EMPIRE TEAMSTERS
TRUST,

          Plaintiff,

          v.

EMPIRE FORD, INC., a
Washington Corporation,

          Defendant.

NO.  CV-07-347-RHW

**ORDER OF DISMISSAL**

15
16
17

      Before the Court is Plaintiff's Motion for Voluntary Dismissal (Ct. Rec. 3).
Plaintiff seeks to dismiss the above-captioned matter under Fed. R. Civ. Pro.
41(a)(1) because the parties have settled their dispute.

18

      Accordingly, **IT IS HEREBY ORDERED:**

19

      1.  Plaintiff's Motion for Voluntary Dismissal (Ct. Rec. 3) is **GRANTED.**

20
21

      2.  The above-captioned matter is dismissed with prejudice and without an
award of costs to either party.

22
23

      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
Order, forward copies to counsel, and **close the file.**

24

      **DATED** this 31st day of August, 2009.

25

                  *S/ Robert H. Whaley*

26
27

             ROBERT H. WHALEY
        Senior United States District Judge

28

Q:\CIVIL\2007\07-347.dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1